FRANK GRIFFIN, Respondent, *v.* WILLIAM MCMAHON et al., Respondents, and MARTHA A. MALLORY, Appellant.

Reported below, 131 App. Div. 925.
(Argued October 4, 1909 ; decided October 12, 1909.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 6, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action for partition of real property.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Frank J. Saxton* and *Thomas F. Rogers* for motion.

*Martha A. Mallory,* appellant, in person, opposed.

Motion denied, with ten dollars costs.